IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff-Respondent, | ) | Case Nos. CV-07-292-E-BLW |
| | ) | CR-04-84-E-BLW |
| v. | ) | |
| | ) | **JUDGMENT** |
| PETE KARABOYAS, | ) | |
| | ) | |
| Defendant-Movant. | ) | |
| | ) | |

Based upon the Court's Order filed herewith, IT IS HEREBY ORDERED AND ADJUDGED that the Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence (Docket No. 1) filed by PETE KARABOYAS is DENIED and Case No. CV-07-292-E-BLW is DISMISSED with prejudice.

DATED: **July 24, 2008**

Honorable B. Lynn Winmill
Chief U. S. District Judge

**Judgment - 1**